UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL HELLER,

        Defendant.
_____/

Case No. 1:05:CR:222

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 21, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Daniel Heller's pleas of guilty to Counts One, Two, Three, Four, and Five of the Superseding Information are accepted. Defendant Daniel Heller is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: December 8, 2005

                              /s/ Gordon J. Quist
                          GORDON J. QUIST
             UNITED STATES DISTRICT JUDGE